IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J. C. BLACK,

    Petitioner,

vs.                                    Case No. 4:05cv249-MMP/WCS

STATE OF FLORIDA,

    Respondent.

_____/

### ORDER GRANTING IFP MOTION

Petitioner Black filed a petition for writ of habeas, supporting memorandum, and application to proceed in forma pauperis. Docs. 1-3. It is separately recommended that the habeas corpus petition be summarily dismissed. Here, it is **ORDERED**:

Petitioner's application to proceed in forma pauperis (doc. 3) is **GRANTED**.

**DONE AND ORDERED** on August 2, 2005.

                S/ William C. Sherrill, Jr.
                **WILLIAM C. SHERRILL, JR.**
                **UNITED STATES MAGISTRATE JUDGE**