**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**J. C. BLACK,**

  **Petitioner,**

**vs.**            **Case No. 4:05cv249-MMP/WCS**

**STATE OF FLORIDA,**

  **Respondent.**

_____/

### REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

  Petitioner Black filed a petition for writ of habeas and supporting jurisdictional memorandum.  Docs. 1 and 2.  Petitioner's application to proceed in forma pauperis, doc. 3, is granted by separate order.

  Petitioner challenges his conviction for second degree murder in the Circuit Court for the Second Judicial Circuit, in and for Leon County, Florida, case number 94-2058. He indicates that he previously sought relief in this court, in case number 4:03cv404-RH/WCS, but claims that the issues were not related to the current application.  Doc. 1, p. 3.

The § 2254 petition in the prior case challenged the same judgment challenged here, and relief was denied with prejudice.  Docs. 21 and 25 in that file.  The judgment, entered on the docket on April 4, 2005, provided that "[t]he petition challenging petitioner's conviction in the Second Judicial Circuit, Leon County, Florida, case number 94-2058, for second degree murder, is DENIED with prejudice."  Doc. 26 in that file.

Petitioner must obtain authorization from the court of appeals before filing a second or successive § 2254 petition.  § 2254 Rule 9 (effective December 1, 2004) ("Before presenting a second or successive petition, the petitioner must obtain an order from the appropriate court of appeals authorizing the district court to consider the petition as required by 28 U.S.C. § 2244(b)(3) and (4).").  Petitioner is advised that forms for seeking authorization to file a second or successive petition are available upon request from the court of appeals.

It is therefore respectfully **RECOMMENDED** that Petitioner's § 2254 petition, challenging the judgment of the Second Judicial Circuit, case number 94-2058, be **SUMMARILY DISMISSED** as an unauthorized second or successive petition.

**IN CHAMBERS** at Tallahassee, Florida, on August 2, 2005.

**s/    William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**