IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J C BLACK,

    Petitioner,

v.                                          CASE NO. 4:05-cv-00249-MP-WCS

CHARLIE CRIST,
JAMES V CROSBY, JR,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Petitioner's Request for Writ of Habeas Corpus, be dismissed as an unauthorized second or successive petition. The Magistrate Judge filed the Report and Recommendation on Tuesday, August 2, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has been made. Petitioner filed an objection to the Report and Recommendation in which Petitioner objected to the Magistrate Judge's findings that Petitioner's Request for Writ of Habeas Corpus, Doc. 1, is an unauthorized second or successive petition. Therefore, this Court has given de novo review to Petitioner's claim.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted. The Court is in full agreement with the well reasoned and written opinion of the Magistrate Judge. Plaintiff

previously filed a petition for writ of habeas corpus, which was denied. Plaintiff has subsequently filed a second petition for habeas corpus. Under 28 U.S.C. § 2244(b)(3)(A), Petitioner must first obtain from the court of appeals an order authorizing the district court to consider the second application. Consequently, any argument Petitioner currently has as to why this second petition should be considered must be addressed to the court of appeals.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is fully ADOPTED and INCORPORATED by reference in this order.

2. The Petition for writ of habeas corpus, Doc. 1, is DENIED.

**DONE AND ORDERED** this   *25th* day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge